IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 26  P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

JACK ROGERS and
PAUL PINELLA,

    Plaintiffs

v.

COMCAST CORPORATION and
AT&T BROADBAND,

    Defendants

CIVIL ACTION NO. 04-10142-EFH

## CERTIFICATE OF FILING OF NOTICE OF REMOVAL WITH CLERK OF MIDDLESEX SUPERIOR COURT

I, Mark A. Berthiaume, counsel for Comcast Corporation and AT&T Broadband, defendants in the above-captioned action, hereby certify that I caused a certified copy of the Notice of Removal of the above-captioned action to be filed on January 23, 2004 with the Clerk of the Middlesex Superior Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first-class mail, a copy of the Notice of Removal on January 23, 2004, to all noted on the attached Service List.

Signed under the penalties of perjury this 23rd day of January, 2004.

                                Mark A. Berthiaume
                                B.B.O. No. 041715
                                **SEYFATH SHAW LLP**
                                Two Seaport Lane, Suite 300
                                Boston, MA 02210
                                Telephone: (617) 946-4800

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
**WHITE & CASE LLP**
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 1/23/04.

                                MARK A. BERTHIAUME


## SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br><br>Telephone:   (617) 637-1040<br>Facsimile:   (617) 742-8280 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone:   (202) 408-4600<br>Facsimile:   (202) 408-4699 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone:   (612) 338-4605<br>Facsimile:   (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone:   (214) 754-1900<br>Facsimile:   (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone:   (206) 516-3836<br>Facsimile:   (206) 516-3883 | Robert N. Kaplan, Esq.<br>Gregory K. Arenson, Esq.<br>Christine M. Fox, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone:   (212) 687-1980<br>Facsimile:   (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone:   (206) 623-1900<br>Facsimile:   (206) 623-3384 | |