UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JACK ROGERS and )
PAUL PINELLA, )
 )
      Plaintiffs )
v. ) C.A. No. 04-cv-10142-EFH
 )
COMCAST CORPORATION )
and AT&T BROADBAND, )
 )
      Defendants )

**CONSENTED-TO MOTION FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

With Plaintiffs' consent, Comcast Corporation and its affiliates ("Comcast"), through its undersigned counsel, hereby respectfully request an extension of time of sixty (60) days, to and including March 12, 2004, within which to file a responsive pleading or motion to Plaintiffs' Complaint. The reasons for the motion are set forth below:

1. Comcast's answer or other response was due on or before January 12, 2004. Comcast has previously sought an extension of ten days, to and including January 22, 2004, to respond to the Complaint. Plaintiffs' counsel have now assented to an extension of sixty (60) days, to and including March 12, 2004.

2. The Complaint alleges facts almost identical to those alleged in at least four other actions initiated in Pennsylvania, Illinois, and Massachusetts. This motion would permit the parties to have uniform response times and permit Comcast adequate opportunity to investigate these allegations and prepare an appropriate response.

3. Comcast respectfully reserves its rights to assert all defenses and objections available to it.

4. Therefore, undersigned counsel respectfully requests that the Court order that the time for filing an answer or other response to the Complaint be extended by sixty (60) days, to and including March 12, 2004.

DATED: January 30, 2004
(MAB)

Respectfully Submitted,

_____
Mark A. Berthiaume
B.B.O. No. 041715
Christopher Robertson
B.B.O. No. 642094
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

**Counsel for Comcast Corporation and AT&T Broadband**

CONSENTED TO:

_____
John Peter Zavez
Adkins Kelston & Zavez, P.C.
90 Canal Street
Boston, MA 02114

Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 1/30/04

_____
MARK A. BERTHIAUME