UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jack Rogers and Paul Pinella, | ) |
| | ) Civil Action No.: 04-10142 EFH |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| Comcast Corporation | ) |
| and AT&T Broadband, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR REMAND**

Now Come the Plaintiffs, Jack Rogers and Paul Pinella (collectively the "Plaintiffs"), and hereby move this Honorable Court for an order remanding this case to Massachusetts state court, specifically the Superior Court for Middlesex County, on grounds that this Court lacks subject matter jurisdiction. In support of this Motion, Plaintiffs respectfully refer the Court to the Memorandum in Support of Plaintiffs' Motion for Remand and Proposed Order, together with the pleadings and papers on file, and upon such other matters as may be presented to the Court.

**CERTIFICATION UNDER RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), Plaintiffs' counsel states that the parties conferred and attempted in good faith to resolve the issues presented in this Motion, but that the parties were unable to reach an agreement, requiring Court action on this Motion.

DATED: 20 February 2004

John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.

45711

90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714


Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 2/20/04

*[signature]*

KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**