UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jack Rogers and Paul Pinella, ) | Civil Action No.: 04-10142 EFH |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation ) | |
| and AT&T Broadband, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' ASSENTED-TO MOTION TO CHANGE THE DATE FOR THE SCHEDULING CONFERENCE FROM MARCH 23 TO MARCH 30, 2004

Plaintiffs respectfully move this Honorable Court to change the date of the scheduling conference from its currently scheduled date of Tuesday, March 23, 2004 to Tuesday, March 30, 2004 at 2:00 p.m.

In support of their Motion, plaintiffs state the following:

1. The Court has scheduled a Rule 16 scheduling conference in the companion case *Kristian, et al v. Comcast Corporation, et al*, Civil Action No. No. 03CV12466 EFH for Tuesday, March 30, 2004 at 2:00 p.m.[1] The same attorneys who will be appearing for the scheduling conference in this case will also be appearing for the scheduling conference and oral argument in the *Kristinan* case. Key attorneys for both sides will be traveling to Boston from various locations throughout the United States to attend these hearings.

2. Conducting both the oral argument and the status conference in the *Kristian* case on the

---
[1] Plaintiffs in the *Kristian* case have also moved that argument on *Plaintiffs' Motion to Enter a Practice and Procedure Order*, scheduled for Wednesday, March 17, 2004 be rescheduled to March 30, 2004 -- the same date as the scheduling conference.

45022

same date as the scheduling conference in this case will significantly reduce costs and expenses for both plaintiffs and defendants.

3. Finally, defendants' counsel has assented to this Motion.

WHEREFORE, plaintiffs request that this motion be ALLOWED and that the scheduling conference be moved to March 30, 2004 at 2:00 p.m.

DATED: March 16, 2004
**ASSENTED TO:**

*Mark A. Berthiaume* (NR)
Mark A. Berthiaume
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: 617-946-4800
Fax: 617-946-4801

**Counsel for Defendants**

*John Rosmarin*
John Peter Zavez, BBO #555721
Noah Rosmarin, BBO #630632
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA 19046
Tel: (215) 481-0273
Fax: (215) 481-0271

Samuel D. Heins
Stacey L. Mills
Alan I. Gilbert
Daniel C. Hedlund
David Woodward
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

Barry Barnett
Max Tribble, Jr.
SUSMAN GODFREY LLP
901 Main Street, Suite 4100

44809.1

2

Dallas, TX 75202
Tel: (214) 754-1900
Fax: (214) 754-1933

Jonathan Shaw
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3100
Seattle, WA 98101
Tel: (206) 516-3836
Fax: (206) 516-3883

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 3/16/04

# ADKINS, KELSTON & ZAVEZ, P.C.

ATTORNEYS AT LAW
90 Canal Street
Fifth Floor
Boston, MA
02114

TELEPHONE
617-367-1040

FACSIMILE
617-742-8280

WEBSITE
www.akzlaw.com

E-MAIL
akz@akzlaw.com

March 16, 2004

Civil Clerk
United States District Court for
   the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:   Jack Rogers, et al v. Comcast Corporation, et al
      Civil Action No. 04-10142 EFH

Dear Sir or Madam:

Enclosed please find *Plaintiffs' Assented-To Motion To Change The Date For The Scheduling Conference From March 23 To March 30, 2004*.

Thank you for your attention to this matter.

Very truly yours,

Noah Rosmarin

enclosure

cc: Counsel of Record (w/enc.)