## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JACK ROGERS and
PAUL PINELLA,
      Plaintiffs

    v.          CIVIL ACTION NO.:
                04-10142-EFH

COMCAST CORPORATION, ET AL.,
      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

March 31, 2004

HARRINGTON, S.D.J.

  After hearing, the Court denies Plaintiffs' Motion for Remand at this time.

  SO ORDERED.

                   /s/ Edward F. Harrington
                   EDWARD F. HARRINGTON
                   United States Senior District Judge