UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jack Rogers and Paul Pinella, | ) | Civil Action No.:  04-10142 EFH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Comcast Corporation | ) | |
| and AT&T Broadband, | ) | FILING FEE PAID: |
| | ) | RECEIPT # 54888 |
| Defendants. | ) | AMOUNT $ 100.00 |
| | ) | BY DPTY CLK |
| | ) | DATE 3/29/04 |

## ASSENTED TO MOTION OF JOHN PETER ZAVEZ FOR SAMUEL D. HEINS AND ALAN I. GILBERT TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFFS

NOW COMES John Peter Zavez, Esq. and, pursuant to Local Rule 83.5.3(b) of the United

States District Court for the District of Massachusetts, requests that this Court allow the appearance,

*pro hac vice*, of Samuel D. Heins and Alan I. Gilbert, of Heins, Mills & Olson, P.L.C., 3550 IDS

Center, 80 South Eighth Street, Minneapolis, MN  55402, on behalf of Plaintiffs Jack Rogers and Paul

Pinella in this action.

In support of this Motion, John Peter Zavez states that:

1.      Attached as Exhibit A and B are certificates executed by Samuel D. Heins and Alan I.

Gilbert, indicating that:

(a)      each is a member of the bar in good standing in every jurisdiction where he has

been admitted to practice (except as otherwise noted);

(b)      each has no disciplinary proceedings pending against him as a member of the bar

in any jurisdiction; and

(c)      each are familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

46131

2.    John Peter Zavez is a member of the bar of this Court;

3.    John Peter Zavez has entered an appearance in this action.

WHEREFORE, John Peter Zavez requests that this Motion be ALLOWED.

Dated:  March 26, 2004                    Respectfully submitted,


                                          _____
                                          John Peter Zavez
                                          ADKINS, KELSTON & ZAVEZ, P.C.
                                          90 Canal Street
                                          Boston, MA  02114
                                          Tel:  (617) 637-1040
                                          Fax:  (617) 742-8280


Dated:  March 26, 2004

**ASSENTED TO:**

_____
Mark A. Berthiaume (BBO#041715)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Tel:  (617) 946-4800
Fax:  (617) 946-4801


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on March 26, 2004.
                                          FAX

                                          _____
                                          John Peter Zavez