UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK ROGERS and<br>PAUL PINELLA,<br><br>        Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and<br>AT&T BROADBAND,<br><br>        Defendants. | Case No. 04-10142-EFH |

**DEFENDANTS' LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.3(a) of the Local Rules of the District of Massachusetts, as amended, the Defendants, Comcast Corporation and AT&T Broadband (collectively "Comcast" or "Defendants"), hereby state that AT&T Broadband is, directly or indirectly, a wholly-owned subsidiary of Comcast Corporation, and that Comcast Corporation has no parent corporation. In addition, no publicly held corporation owns ten percent (10 %) or more of Comcast Corporation's stock.

BO1 15635012.1

Dated: March 30, 2004

Respectfully submitted,

COMCAST CORPORATION and
AT&T BROADBAND

*[signature]*

Mark A. Berthiaume, BBO # 041715
Christopher Robertson, BBO #642094
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
**WHITE & CASE LLP**
601 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2004, the foregoing was served via Facsimile and U.S. Mail, upon the parties on the attached service list.

*[signature]*

Christopher F. Robertson

## SERVICE LIST

| | |
|---|---|
| John Peter Zavez, Esq.<br>Noah Rosmarin, Esq.<br>ADKINS KELSTON & ZAVEZ, P.C.<br>90 Canal Street<br>Boston, MA 02114<br>Telephone: (617) 637-1040<br>Facsimile: (617) 742-8280 | Ann D. White, Esq.<br>Carol A. Mager, Esq.<br>MAGER WHITE & GOLDSTEIN, LLP<br>One Pitcairn Place, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA 19046<br>Telephone: (215) 481-0273<br>Facsimile: (215) 481-0271 |
| Samuel D. Heins, Esq.<br>Stacey L. Mills, Esq.<br>Alan I. Gilbert, Esq.<br>Daniel C. Hedlund, Esq.<br>David Woodward, Esq.<br>HEINS MILLS & OLSON, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 338-4605<br>Facsimile: (612) 338-4692 | Barry Barnett, Esq.<br>Max Tribble, Jr., Esq.<br>SUSMAN GODFREY LLP<br>901 Main Street, Suite 4100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1933 |
| Jonathan Shaw, Esq.<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3100<br>Seattle, WA 98101<br>Telephone: (206) 516-3836<br>Facsimile: (206) 516-3883 | Robert N. Kaplan, Esq.<br>Gregory K. Arenson, Esq.<br>Christine M. Fox, Esq.<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 |
| Lynn Lincoln Sarko, Esq.<br>Mark A. Griffin, Esq.<br>John H. Bright, Esq.<br>Raymond J. Farrow, Esq.<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384 | Michael Hausfeld, Esq.<br>Stewart Weltman, Esq.<br>COHEN, MILSTEIN, HAUSFELD<br>& TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |