UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jack Rogers and Paul Pinella, | ) |
| Plaintiffs, | ) Civil Action No.: 04-10142 EFH |
| v. | ) |
| Comcast Corporation and AT&T Broadband, | ) |
| Defendants. | ) |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**

NOW COME Plaintiffs, by their counsel, and request that this Court extend the time for Plaintiffs to file their papers in opposition to Defendants' Motion to Compel Arbitration through and including July 1, 2004. The reasons for this motion are set forth below:

1. Following the initial scheduling conference on March 30, 2004, Plaintiffs on April 6, 2004 served Defendants with arbitration-related discovery, specifically interrogatories, document requests and a Rule 30(b)(6) deposition notice scheduling the deposition for April 20, 2004, which discovery remains outstanding.

2. At Defendants' request, the Rule 30(b)(6) deposition(s) was continued and the parties are attempting to reschedule the Rule 30(b)(6) deposition(s) for the week of May 10, 2004.

3. Pursuant to L.R. 7.1(a)(2), I certify that counsel for Plaintiffs and Defendants conferred by telephone on April 28, 2004. The parties by counsel have agreed to extend the time for Plaintiffs to file their papers in opposition to Defendants' Motion to Compel Arbitration through and including July 1, 2004.

46496

4. On March 30, 2004, the Court granted Plaintiffs' previous assented to motion to extend time to respond to Defendants' motion to compel arbitration to June 1, 2004.

5. Plaintiffs fully reserve their position, asserted in Plaintiffs' Motion For Remand papers, that this Court lacks subject matter jurisdiction of this action and that the case should be remanded to the Superior Court for Middlesex County.

Wherefore, Plaintiffs request that this Motion be ALLOWED.

Dated: May 4th, 2004

Respectfully submitted,

_____
John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 367-1040
Fax: (617) 742-8280

Dated: May ___, 2004

ASSENTED TO:

_____
Mark A. Berthiaume (BBO #041715)  (w/r)
SEYFARTH SHAW, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: 617-946-4800
Fax: 617-946-4801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on May 4th, 2004.

_____
Noah Rosmarin

2