IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jack Rogers and Paul Pinella | ) | |
| | ) | No. 04-10142EFH |
| Plaintiffs, | ) | The Honorable Edward F. Harrington |
| | ) | |
| v. | ) | |
| | ) | |
| Comcast Corporation and AT&T Broadband, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JESSICA N. SERVAIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

I, Jessica N. Servais, hereby declare as follows:

1. I am an attorney with the law firm of Heins, Mills & Olson, P.L.C., counsel for Plaintiffs in this matter. This declaration is based on my personal knowledge.

2. I have reviewed the websites and rules for the National Arbitration Forum ("NAF"), American Arbitration Association ("AAA"), and Judicial Arbitration and Mediation Services ("JAMS"). Sources: http://www.arbitration-forum.com; http://www.adr.org; http://www.jamsadr.org.

3. Although NAF, AAA, and JAMS include arbitration fee schedules in their rules, none of them provide a fee schedule for, or dollar amounts of, their arbitrators' fees.

4. I declare under penalty of perjury under the laws of Minnesota that the foregoing is true and correct.

Executed this 5 day of 19, 2004 at Minneapolis, Minnesota.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on this date 5/19/04.

_____
Jessica N. Servais

/s/ Noah D. _____
to defendants' local counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Jack Rogers, *et al.*,   )<br>   )<br>            Plaintiffs,   )<br>   )<br>   v.   )<br>   )<br>Comcast Corporation, *et al.*   )<br>_____)  | No. 04-10142 EFH<br>The Honorable Edward F. Harrington |

## ORDER

AND NOW, this __ day of _____, 2004, upon consideration of Defendants' Motion for Protective Order and Plaintiffs' Memorandum in Opposition to Defendants' Motion for Protective Order and accompanying papers, it is hereby ORDERED that Defendants' Motion for Protective Order is denied. The Rule 30(b)(6) deposition(s) of Defendants previously noticed by Plaintiffs shall be rescheduled and concluded within seven (7) days of the entry of this Order.

BY THE COURT:

_____
Edward F. Harrington
Judge of District Court

46743