UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Boston)

| | |
|---|---|
| Jack Rogers and Paul Pinella, ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Comcast Corporation ) <br> and AT&T Broadband, ) <br> Defendants. ) | Civil Action No.: 04-10142 EFH |

## DECLARATION OF DAVID WOODWARD

I, David Woodward, declare as follows:

1. I am an attorney employed by Heins, Mills & Olson, P.L.C., counsel for plaintiffs in the above captioned case.

2. While the precise amount of damages per cable subscriber in this matter is not yet known, such damages would include a portion of each cable subscriber's monthly cable bills. The amount of treble damages for each subscriber is estimated to range from hundreds of dollars to perhaps a few thousand dollars.

3. Attached as Exhibit 1 are true and correct copies of excerpts of the unsigned transcript of the deposition of William A. Devine conducted on June 10, 2004, and accompanying deposition Exhibits 6 and 7.

4. Attached as Exhibit 2 are true and correct copies of excerpts from the unsigned transcript of the deposition of Kyle Birch, Esq., conducted on June 11, 2004.

47384

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_David Woodward_
David Woodward

Dated: June 30, 2004
Minneapolis, Minnesota

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (~~by hand~~) on this date 7·/·04

_Christher_

2

47306