# IMPORTANT NOTICES TO OUR CUSTOMERS

AT&T BROADBAND

Your Local Cable Company's
Policies & Practices

Notice to Customers Regarding Policies,
Complaint Procedures & Services

## 10. NOTICE

## 11. CHANGES TO POLICIES AND PRACTICES

## 12. PROCEDURE FOR RESOLVING CUSTOMER COMPLAINTS ABOUT SIGNAL QUALITY

### SIGNAL QUALITY AND CUSTOMER SERVICE POLICIES/COMPLAINT PRACTICES

### BILLING POLICIES/COMPLAINT PROCEDURES

## 13. PRODUCTS AND SERVICES PRICE LIST

## NOTICE TO CUSTOMERS REGARDING POLICIES, COMPLAINT PROCEDURES AND SERVICES

## AT&T BROADBAND'S POLICIES AND PRACTICES

## 1. DEFINITIONS

## 2. PAYMENT FOR SERVICE

BEH1-00361

## 3. COMPANY CHANGES IN SERVICE AND CHARGES

## 4. TERMINATION OF SERVICE

## 5. EQUIPMENT

## 6. ACCESS TO CUSTOMER'S HOMES

## 7. PRIVATE WIRING OR UNAUTHORIZED SERVICE AND USE OF EQUIPMENT

## 8. LIMITED 30-DAY WARRANTY AND LIMITATION OF LIABILITY

## 9. APPLICABLE LAW