```
                    RCN TELECOM SERVICES, INC.
                        RCN OF NEW ENGLAND
              ****** CUSTOMER SERVICE TELEPHONE NUMBERS ******
                           1-800-746-4726
******************** JOB TYPE & APPOINTMENT INFORMATION ********************
INSTALLER: 108        SCHED DATE:  03/08/02         RCVD DATE:  02/08/02
  JOB #:    1         APPOINTMENT: 8:00-11:00
 JOB TYPE:  INSTALL   STATUS:                        C.O.D.
******************** CUSTOMER INFORMATION ********************
NAM                   PHONE #:                       ACCT #:   6822-1
                                      27
 OSTON                MGT AREA: 173   # OF OTS: 0   TAG #: 07967
******************** WORK INFORMATION ********************
EXISTING SERVICES     WORK ORDERED      TASK CODES         CONVERTERS
C9E4307029K5          AO 1 AO-ANALOG  0.00   MDU FR                    EQ
C06-H325830L9         DL 2 DELX BOX   7.90   +DLX BOX                  EQ
                      HE 1 HBOXHBO2  11.95   ADR PREM                  EQ
                      TE 1 RECO-FR    0.00   INS ADCA                  EQ
                      VL 1 BASICSVC  29.99   +DLX BOX                  EQ
```

IP COMMENTS: ATT Tom Bryant
IRD COMMENTS:
CSS COMMENTS: Sales person named Patty said no digital serv in this building

```
******************** MAP INFORMATION ********************
                PWR SPPLY:              POLE #:
 NTD LOC:       MAP #:                  TAP:
******************** LAST VISIT INFORMATION ********************
LST VISIT: 02/19/02   TYPE: INSTALL   TECH: 0    STATUS: RESCHED
                        FIX CODES:
                        LOCATION:               GROUNDING:
******************** COMPLETION INFORMATION ********************                 COMMENTS
  3-8-02    TIME DN:              GRNDG:
   108      $ CLLCTD:             TRAPS:
 TIME IN 8:15  NEW TAG: 07967     S LVL/LOC:
```

**  * CABLE INSTALLATION AUTHORIZATION *  **

I hereby verify authorization and direction to the RCN Cable Installer
as to the method and placement of the cable equipment during the
installation of the service. The installation has been completed to my
satisfaction. I agree to refrain from tampering with, or in any way
modifying the cable facilities to obtain unauthorized cable television
service. I have read and understand all the foregoing terms and conditions.

_____y    X_____          3-8-02
RCN Representative    Customer Signature                Date

**  * CONVERTER AGREEMENT *  **

Being a lawful subscriber of RCN of New England, Inc., I do agree to take
reasonable care of converter(s) listed above and accessories. I understand
that if these items are damaged or lost I am liable for full replacement
costs including, but not limited to, legal fees.
     THE CHARGE FOR AN UNRETURNED CONVERTER IS $200.00
     THE CHARGE FOR AN UNRETURNED REMOTE CONTROL IS $15.00
I further understand in the event my service is terminated I will return
said converter(s) and accessories in good condition, within 5 days of such
termination. Failure to do so will result in further legal action, including
civil and or criminal penalties.

___2Lacey_____    X_____          3-8-02

# WHAT YOU NEED TO KNOW ABOUT YOUR CABLE SERVICE

Our goal is to help you make the best use of our cable service. The procedures to follow when using our cable service will depend on the features of your TV sets and VCRs and the viewing capabilities you desire. We will help you determine how your video equipment can be used with our cable service to meet your needs. Please call us if you have any questions about your individual situation.

**Payment Options**
You have the option of paying for service by (1) utilizing the return envelope enclosed with your bill; (2) authorizing an automatic payment plan where the amount of the bill is directly charged to a MasterCard/VISA credit card on a pre-authorized basis; or (3) visiting your local RCN payment centers.

**Returned Check Policy**
Customers will be charged $25.00 for each returned check.

**Understanding Your Bill**



1. Account Number — Please include this number on all correspondence and payments you send to us.
2. Billed (from/to) — Period covered in this billing statement.
3. Payments — Credits for payments applied to your account; payments made after this date will not appear on this statement.
4. Date Due — Payment of entire balance is due by this date.
5. Previous Balance — Amount of previous statement.

Your bill may also include the following:
6. Adjustments — Credits applied to your account by the billing or service departments.
7. Partial Month Charge — Charge for service between installation or change of service date and normal billing date.
8. Monthly Charge — Your regular monthly bill; this may include basic service, converter charges, if any, and any premium services.
9. Miscellaneous Charges — This may include local franchise or local agreement fees, PEG access fees, FCC regulatory fees and any applicable taxes.
10. Installation Charges — Charge for any installation or change of service.
11. Message Area — This area is for important messages or reminders from RCN.


Page I

BRH 4/01

# NOTIFICATION OF BILLING PROCEDURES

### Billing Procedures
A statement will be mailed to you monthly. It will show the amount past due from the previous month (if any), plus an itemization of the amount due for the upcoming month. The total of these amounts will be the amount due to the company. If you have billing questions, please call 1.800.891.7770.

### Payment Due Date
Statements will be mailed each month. Payment is due 15 days after billing date.

### Late Fees
A charge of no more than 5% of the balance due may be imposed as a one-time late charge.

### Reconnection Charges, Terms and Conditions
RCN may disconnect your service if you do not pay any properly due bill; however, your service may not be disconnected until the company has given you written notice of its intent to disconnect your service. A customer disconnected due to nonpayment will be required to pay the balance due in full, a reconnection charge of $20.00, plus any applicable fees before service is restored.

Disconnected customers who elect to remain disconnected are legally responsible for payment of all past due amounts, as well as for the safe return of all company property. Absent immediate return of company equipment, or reasonable access to the premises so that a company representative may retrieve such equipment, the former customer will be billed $300.00 for each converter and $25.00 for each standard remote control unit. RCN will pursue legal remedies to enforce payment unless the equipment is returned in good working condition.

Prior to reconnection of service after disconnection for nonpayment, the customer will be subject to pay the balance in full, a reconnection fee of $20.00. Any customer with a history of a written-off balance wishing to reestablish service will be required to pay the written-off balance in full, reimburse the company for any fees paid to the collection agency, and pay applicable reconnection fees prior to reconnection of service.

### Credits for Service Outages
RCN will grant credit for service outages and will issue it on a prorated basis in the event of a complete service interruption exceeding 24 consecutive hours from the time the outage was reported. RCN is not responsible for damage to subscriber's equipment resulting from lightning, power surges, or other acts of God. Credits will be issued no later than the customer's next billing cycle, following a determination that a credit is warranted.

### Billing Dispute
If for any reason you believe your bill is wrong, you may call 1.800.891.7770 or write an RCN representative (201 University Avenue, Westwood, MA 02090) and explain the amount you believe to be in error and the reason you believe there has been an error. If, when you receive the decision of the RCN representative, you still consider the bill wrong or are not satisfied, you have the right to appeal to the Massachusetts Department of Telecommunications and Energy by calling or writing the Department to request a hearing.

### Regulatory Agency
Department of Telecommunications and Energy, Cable Television Division
1 South Station, Boston, MA 02110
Phone: 1.617.305.3531

### Consumer Complaints
1.617.727.3531 or 1.800.392.6066

*Page II*

Billing practices and procedures may vary based on local agreements.

# CABLE TELEVISION CUSTOMER PRIVACY RIGHTS NOTICE

The Cable Communications Policy Act of 1984 and its amendments contain certain provisions regarding the collection and maintenance of personally identifiable information by cable television operators. Accordingly, RCN collects information that includes billing records, service maintenance and repair records, premium service, subscription and marketing data, and customer complaints.

Unless otherwise noted, all personally identifiable information is used solely in the normal course of business for offering and rendering cable television service to its customers. RCN may make your records available to employees, agents, and contractors to install, market, provide, and audit cable services on each occasion that access is needed for the specific job at hand. Access for these purposes is routine and does not occur with any specific frequency. RCN will not maintain such information after it is no longer necessary for carrying on its business.

As a customer, you may receive any personal information held by us which pertains to you if you give us a reasonable period of time to locate it and, if necessary, prepare the information for review. (Preparation is necessary sometimes to avoid disclosure of information relating to other customers.) If you wish to review your personal information, please contact us by letter or telephone to arrange for a review. The review will be at our local business office. You may request correction of any error in personal information that we collect or maintain pertaining to you.

Federal law prohibits the cable provider from collecting any personally identifiable information, other than information necessary to carry on its business or to detect theft of services, without your consent. To the extent that we are permitted to collect personally identifiable information, we are permitted to disclose such information only to the extent necessary to conduct our business. In addition, the law allows us to disclose your name and address for non-cable service related mailing lists unless you tell us you do not wish to have them disclosed. However, such disclosure of names and addresses may not be in a form that discloses the extent or type of any use you make of services we provide, nor may it disclose the nature of any transaction you make over the cable system.

Except as indicated in the preceding paragraph, we may not disclose personally identifiable information without your consent, unless we are required to do so by court order. If we are served with a court order requiring disclosure of personally identifiable information concerning a customer, we will inform the customer before any information is released. Under some circumstances, a governmental entity may seek a court order to obtain personally identifiable information from the cable provider concerning a cable customer. The customer must be given an opportunity to contest such an order.

Any person aggrieved by an act of a cable provider in violation of these federal limitations on the collection and disclosure of personally identifiable information may bring civil action in a United States District Court to enforce the limitations.

**Thank You**
We hope this information has been useful. RCN is committed to bringing you the very best in home entertainment and addressing your individual needs as they may arise. Please contact our Customer Service Department at 1.800.891.7770 with questions or concerns about this information or at any time we can be helpful.

*Page III*

## RCN Equipment Notice

RCN offers equipment making it possible for everyone to enjoy the wide variety of cable services that are available, no matter what type of equipment is used by the customer.

### Addressable Converters

The converter acts as a tuner, channel selector, and a descrambler. All converters provided by RCN are addressable and are controlled by computers at our office. Converters are necessary if your television set or VCR only receives 13 VHF channels (not including UHF) or if you wish to subscribe to any channels that RCN scrambles to prevent unauthorized reception. A converter is also necessary if you wish to have access to pay-per-view service.

The converter allows you to select channels you wish to view and turn the television set on and off. Additional features, such as volume control, are also available with remote control options.

If you have more than one TV or VCR connected to cable, you may need additional converters to receive all of the services you subscribe to on all outlets. Additional outlets and converters can be ordered for a nominal charge.

All converters provided to customers remain the property of RCN. We will repair any equipment free of charge if it fails in normal use. You are responsible for damage due to negligence or abuse. A $300.00 charge will apply for any converter which is damaged, lost, stolen, or not returned when service is terminated.

### Cable-Ready TVs and VCRs

The terms "cable-ready" or "cable compatible" can be confusing. Cable compatible equipment is simply able to tune in more unscrambled channels than other equipment. You can use your cable compatible equipment with your cable service, but a converter will still be needed in order to receive scrambled channels or additional channels above the VHF capability range of your equipment. Any direct connection to cable compatible equipment, without an addressable converter, is a non-addressable service; any changes in service would require an RCN technician to visit your home. Cable compatible equipment is by no means necessary in order to receive cable services: cable can work on virtually any television set or VCR.

### Remote Control Service

If a customer requests Remote Control Service, RCN will electronically authorize the converter(s) to accept remote control signals. Customers can either use a hand unit provided by RCN or any compatible remote control.

### Parental Control Service

All converters provided by RCN have the capability of allowing parents to block access to specific channels that they may not find appropriate. Some are secured by a key or a lock, and some are secured by a code chosen by the customer. Please consult your converter manual or call our office for specific instructions for your converter.

### A/B and Antenna Switches

RCN offers A/B and antenna switches which facilitate the switching between cable and off-air reception, and aid in certain VCR options. These switches are available for a nominal one-time charge and can be installed by our technicians, if you desire, at an additional charge.

### Video Cassette Recorders (VCRs)

Cable TV and your VCR make the perfect home entertainment option. Several hookup options are available: 1) record one channel while watching the same channel; or 2) via timer record one channel while watching any unscrambled channel; or 3) record one channel while watching any channel to which you subscribe. These options may require a VCR A/B switch or an additional outlet with a converter.

### Theft of Service

All equipment connected to the cable system, including all internal and external wiring and splitters, with the exception of A/B and antenna switches purchased by the customer and the customer's TVs and VCRs, remain the property of RCN. Under Massachusetts law, it is illegal to attach any device to our cable system without proper authorization. An RCN technician must make all connections to our cable system. Penalties for unauthorized attachments include fines, imprisonment, or both. RCN personnel will remove any unauthorized attachment.