UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 17 P 4: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

JACK ROGERS and PAUL PINELLA,

    Plaintiffs,

v.

COMCAST CORPORATION and
AT&T BROADBAND,

    Defendants.

Case No. 04-10142-EFH

Harrington, S.D.J.

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 9 U.S.C. § 16(a), Comcast Corporation and AT&T Broadband (*i.e.* all of the defendants in this case) hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order denying Defendants' Motion to Compel Arbitration entered in this action on the 21st day of October, 2004.

Respectfully submitted,

/s/ [signature]

Mark A. Berthiaume (BBO #041715)
Christopher F. Robertson (BBO #642094)
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210-2028
(617) 946-4990 / (617) 946-4801 (Fax)

Attorneys for Defendants

Of Counsel:

Christopher M. Curran
Jaime A. Bianchi
George L. Paul
WHITE & CASE LLP
601 13th Street, NW
Washington, DC 20005
(202) 626-3600 / (202) 639-9355 (Fax)

Dated: November 17, 2004

BO1 15680991.1