IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| Jack Rogers and Paul Pinella,<br><br>Plaintiffs,<br><br>v.<br><br>Comcast Corporation and<br>AT&T Broadband,<br><br>Defendants. | Civil Action No. : 04-10142 EFH<br><br>The Honorable Edward F. Harrington |

## PLAINTIFFS' ASSENTED-TO MOTION TO ALLOW DESIGNATED ATTORNEYS TO APPEAR *PRO HAC VICE*

NOW COMES John Peter Zavez, Esq. And, pursuant to Local Rule 83.5.3(b), moves the Court to allow the *pro hac vice* appearance of the following attorneys.

In support of this Motion, Attorney Zavez states that:

1. Attached as Exhibit A hereto are certificates of good standing for Attorneys, Barry C. Barnett, John W. Turner and Ryan L. Nelson, showing that (a) each is a member in the Northern District of Texas in good standing; (b) has no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and (c) are familiar with the Local Rules of this District.

2. Attorney Zavez is a member of the bar of this District.

3. Attorney Zavez has entered an appearance in this action.

WHEREFORE, Attorney Zavez requests that this motion be ALLOWED.

DATED: November 22, 2004

_____
John Peter Zavez, BBO #555721
Noah Rosmarin, BBO # 630632
**ADKINS KELSTON & ZAVEZ, P.C.**
90 Canal Street
Boston, MA 02114
Tel: 617.367.1040
Fax: 617.742.8280

ASSENTED TO: _Mark A. Berthiaume_
Mark A. Berthiaume                          (N.R.)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel: 617.946.4800
Fax: 617.946.4801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by U.S. Mail on November 22, 2004.

_____
Noah Rosmarin

# Certificate of Good Standing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Barry C. Barnett**, Bar **#01778700**, was duly admitted to practice in said Court on **February 25, 1988**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 15, 2004.

*KAREN MITCHELL*, Clerk

BY: _____
    *Deputy Clerk*

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **John William Turner**, Bar **#24028085**, was duly admitted to practice in said Court on **March 19, 2002**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 15, 2004.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Ryan Laurence Nelson**, Bar **#24037169**, was duly admitted to practice in said Court on **January 10, 2003**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 15, 2004.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk