UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK ROGERS and PAUL PINELLA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and<br>AT&T BROADBAND,<br><br>Defendants. | Case No. 04-10142-EFH<br><br>Harrington, S.D.J. |

**CERTIFICATE OF COMPLIANCE WITH
LOCAL RULE 7.1 AND CERTIFICATE OF SERVICE**

I hereby certify that counsel for Defendants Comcast Corporation and AT&T Broadband ("Comcast") conferred in good faith with counsel for the plaintiffs in an attempt to resolve or narrow the issues addressed by the Defendants' motion to stay all proceedings pending appeal, and were unable to do so.

I hereby certify that a true copy of the Defendants' Motion to Stay pending appeal was served upon the attorney of record for each other party either electronically or by mail on December 7, 2004.

| Of Counsel: | Respectfully submitted, |
|---|---|
| | /s/ Christopher F. Robertson |
| Christopher M. Curran | Mark A. Berthiaume (BBO #041715) |
| Jaime A. Bianchi | Christopher F. Robertson (BBO #642094) |
| George L. Paul | Seyfarth Shaw LLP |
| WHITE & CASE LLP | World Trade Center East |
| 601 Thirteenth Street, NW | Two Seaport Lane |
| Washington, DC 20005 | Boston, MA 02210-2028 |
| (202) 626-3600 / (202) 639-9355 (Fax) | (617) 946-4990 / (617) 946-4801 (Fax) |
| | *Attorneys for Defendants* |

Dated: December 7, 2004