**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JACK ROGERS and PAUL PINELLA, <br><br> Plaintiffs, <br><br> v. <br><br> COMCAST CORPORATION and AT&T BROADBAND, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 04-10142-EFH <br><br> Harrington, S.D.J. |

## NOTICE OF CHANGE OF LAW FIRM ADDRESS

**PLEASE TAKE NOTICE** that the Washington, DC office of the law firm of White & Case LLP is moving. Effective December 10, 2004, the address of the Washington, DC office of White & Case LLP will be:

> White & Case LLP
> 701 13th Street, NW
> Washington, DC  20005

The Firm's telephone numbers, facsimile numbers and e-mail addresses will remain the same.

Respectfully submitted,

/s/ Christopher F. Robertson

| | |
|---|---|
| Christopher M. Curran <br> Jaime A. Bianchi <br> George L. Paul <br> **WHITE & CASE**LLP <br> 601 Thirteenth Street, N.W. <br> Washington, D.C.  20005 <br> (202) 626-3600 / (202) 639-9355 (Fax) <br><br> Dated: December 8, 2004 | Mark A. Berthiaume <br> Christopher F. Robertson <br> Seyfarth Shaw LLP <br> World Trade Center East <br> Two Seaport Lane <br> Boston, MA 02210-2028 <br> (617) 946-4990 / (617) 946-4801 (Fax) <br><br> *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he has caused to be served a copy of the **Notice of Change of Law Firm Address** upon the parties listed on the attached Service List *via* U.S. Mail on the 8th day of December, 2004

                                          /s/ Christopher F. Robertson
                                          Christopher F. Robertson