# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10142

Jack Rogers, et al

v.

Comcast Corporation, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/17/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 3, 2004.

Tony Anastas, Clerk of Court

By: *[signature]*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/3/04

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-10142-EFH
# Internal Use Only

Rogers et al v. Comcast Corporation et al
Assigned to: Judge Edward F. Harrington
Lead Docket: 1:03-cv-12466-EFH
Related Case: 1:03-cv-12466-EFH
Case in other court: Middlesex Superior Court, 03-04985
Cause: 15:1 Antitrust Litigation

Date Filed: 01/21/2004
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Jack Rogers**  represented by  **Alan I. Gilbert**
Heins, Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-338-4604
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Zavez**
Adkins, Lelston & Zavez, P.C.
90 Canal Street
5th Floor
Boston, MA 02114
(617)367-1040
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Samuel D. Heins**
Heins Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-338-4605
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Paul Pinella** | represented by | **Alan I. Gilbert** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John P. Zavez** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Samuel D. Heins** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **Comcast Corporation** | represented by | **Christopher Robinson** Seyfarth Shaw |

World Trade Center East
Suite 300
Two Seaport Lane
Boston, MA 02210-2028
617-9464990
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Mark A. Berthiaume**
Seyfarth Shaw
Suite 300
World Trade Center East
Two Seaport Lane
Boston, MA 02210-2028
617-946-4990
Fax: 617-946-4801
Email:
mberthiaume@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Christopher F. Robertson**
Seyfarth Shaw, LLP
Two Seaport Lane
Suite 300
Boston, MA 02210
617-946-4800
Email:
crobertson@seyfarth.com
*ATTORNEY TO BE*
*NOTICED*

**AT&T Broadband**          represented by **Christopher Robinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

**Mark A. Berthiaume**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Christopher F. Robertson**
(See above for address)
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2004 | 1 | NOTICE OF REMOVAL by AT&T Broadband, Comcast Corporation from Middlesex Superior, case number 03-4985. $ 150, receipt number 53301, filed by AT&T Broadband, Comcast Corporation. (Attachments: # 1 Exhibit A-F (NOT SCANNED)) (Holahan, Sandra) (Entered: 01/27/2004) |
| 01/21/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge ALEXANDER. (Holahan, Sandra) (Entered: 01/27/2004) |
| 01/26/2004 | 2 | NOTICE by AT&T Broadband, Comcast Corporation re 1 Notice of Removal (Holahan, Sandra) (Entered: 01/27/2004) |
| 01/27/2004 | 3 | NOTICE of Scheduling Conference Scheduling Conference set for 3/23/2004 02:00 PM in Courtroom 19 before Edward F. Harrington. cc/cl (Holahan, Sandra) (Entered: 01/28/2004) |

| | | |
|---|---|---|
| 01/30/2004 | 4 | CONSENTED TO MOTION for Extension of Time to 3/12/2004 to File Answer to complaint (which was filed in state court) by Comcast Corporation. (Holahan, Sandra) (Entered: 02/04/2004) |
| 02/05/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 4 Motion for Extension of Time to 3/12/2004 to Answer complaint by Comcast Corporation. (Holahan, Sandra) (Entered: 02/06/2004) |
| 02/09/2004 | 5 | STATE COURT Record AT&T Broadband served on 12/22/2003, answer due 1/12/2004; Comcast Corporation served on 12/22/2003, answer due 1/12/2004.. (Attachments: # 1 Part 2)(Holahan, Sandra) (Entered: 02/12/2004) |
| 02/20/2004 | 6 | MOTION to Remand to Middlesex Superior Court by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 02/25/2004) |
| 02/20/2004 | 7 | MEMORANDUM in Support re 6 MOTION to Remand filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 02/25/2004) |
| 03/05/2004 | 8 | MEMORANDUM in Opposition re 6 MOTION to Remand filed by AT&T Broadband, Comcast Corporation. (Hourihan, Lisa) (Entered: 03/08/2004) |
| 03/12/2004 | 9 | MOTION to Compel Arbitration by AT&T Broadband, Comcast Corporation. (Attachments: # 1 Exhibit 1-5 (NOT SCANNED))(Holahan, Sandra) (Entered: 03/16/2004) |
| 03/12/2004 | 10 | MEMORANDUM in Support re 9 MOTION to Compel filed by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: |

| | | |
|---|---|---|
| | | 03/16/2004) |
| 03/17/2004 | 11 | ASSENTED MOTION to Continue scheduling conference from 3/23/2004 to 3/30/2004 by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 03/19/2004) |
| 03/22/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 11 Motion to Continue scheduling conference to 3/30/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/25/2004) |
| 03/24/2004 | 12 | ASSENTED MOTION for Extension of Time to 6/1/2004 to respond to motion to compel by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 03/30/2004) |
| 03/29/2004 | 15 | ASSENTED MOTION for Leave to Appear Pro Hac Vice by Samuel D. Heins and Alan I. Gilbert Filing fee $ 100.00, receipt number 54888. by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 04/07/2004) |
| 03/29/2004 | 16 | DECLARATION of Alan I. Gilbert, Esq. re 15 MOTION for Leave to Appear Pro Hac Vice by Samuel D. Heins and Alan I. Gilbert Filing fee $ 100.00, receipt number 54888. by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 04/07/2004) |
| 03/29/2004 | 17 | DECLARATION of re 15 MOTION for Leave to Appear Pro Hac Vice by Samuel D. Heins and Alan I. Gilbert Filing fee $ 100.00, receipt number 54888. by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 04/07/2004) |
| 03/30/2004 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling |

| | | |
|---|---|---|
| | | Conference held on 3/30/2004. (Court Reporter Debra Joyce.)Court will review motion to remand and decide forthwith.(Lyons, Philip) (Entered: 03/31/2004) |
| 03/30/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 12 Motion for Extension of Time to 6/1/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/31/2004) |
| 03/30/2004 | 14 | CORPORATE DISCLOSURE STATEMENT by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: 04/06/2004) |
| 03/30/2004 | 18 | CORPORATE DISCLOSURE STATEMENT by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: 04/07/2004) |
| 03/31/2004 | 13 | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 6 Motion to Remand. After hearing, the Court denies Plaintiffs' Motion for Remand at this time. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 04/01/2004) |
| 04/09/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 15 Motion for Leave to Appear Pro Hac Vice Added Samuel D. Heins for Paul Pinella and Jack Rogers, Alan I. Gilbert for Paul Pinella and Jack Rogers. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 04/09/2004) |
| 05/06/2004 | 19 | ASSENTED MOTION for Extension of Time to 7/1/2004 to file response to motion by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 05/12/2004) |
| 05/12/2004 | | Judge Edward F. Harrington : ELECTRONIC |

| | | |
|---|---|---|
| | | ORDER entered granting 19 Motion for Extension of Time to 7/1/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/12/2004) |
| 05/12/2004 | 20 | MOTION for Protective Order by AT&T Broadband, Comcast Corporation.(Holahan, Sandra) (Entered: 05/14/2004) |
| 05/12/2004 | 21 | MEMORANDUM in Support re 20 MOTION for Protective Order filed by AT&T Broadband, Comcast Corporation. (Holahan, Sandra) (Entered: 05/14/2004) |
| 05/19/2004 | 22 | MEMORANDUM in Opposition re 20 MOTION for Protective Order filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 05/24/2004) |
| 05/19/2004 | 23 | DECLARATION of David Woodward re 22 Memorandum in Opposition to Motion for protective order by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 05/24/2004) |
| 05/19/2004 | 24 | DECLARATION of Jessica N. Servais re 22 Memorandum in Opposition to Motion fo protective order by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 05/24/2004) |
| 05/27/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 20 Motion for Protective Order. However, the Court emphasizes that the discovery it authorized at the 3/31/2004 pre-trial conference, is limited ONLY to matters related to arbitration. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 06/02/2004) |
| 07/01/2004 | 25 | Opposition re 9 MOTION to Compel arbitration filed by Paul Pinella, Jack Rogers. (Attachments: # 1 Part 2)(Holahan, Sandra) (Entered: 07/07/2004) |

| 07/01/2004 | 26 | DECLARATION Howard J. Sedran re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| --- | --- | --- |
| 07/01/2004 | 27 | DECLARATION of Jessica N. Servais re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 28 | DECLARATION David Woodward re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 29 | DECLARATION of J. Owen Todd re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 30 | DECLARATION of John C. Beyer, PH.D. re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 31 | DECLARATION of Paul Pinella re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 32 | DECLARATION Jack Rogers re 25 Opposition to Motion by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/01/2004 | 33 | MOTION for Leave to File memorandum in excess of 20 pages by Paul Pinella, Jack Rogers.(Holahan, Sandra) (Entered: 07/07/2004) |
| 07/02/2004 | 34 | CORRECTED Opposition re 9 MOTION to Compel arbitration filed by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 07/07/2004) |
| 07/08/2004 |  | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 33 Motion for Leave to |

| | | |
|---|---|---|
| | | File memorandum in excess of 20 pages. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/13/2004) |
| 07/22/2004 | 35 | MOTION for Leave to File *a Reply Brief in Support of Their Motion to Compel Arbitration* by AT&T Broadband, Comcast Corporation.(Robertson, Christopher) (Entered: 07/22/2004) |
| 07/22/2004 | 36 | REPLY to Response to Motion re 9 MOTION to Compel filed by AT&T Broadband, Comcast Corporation. (Attachments: # 1 Exhibit 1 - Unpublished Opinion# 2 Exhibit 2 - Policies & Practices# 3 Exhibit 3 - Declaration of Chanida Oros# 4 Exhibit A to the Declaration of Chanida Oros)(Robertson, Christopher) Additional attachment(s) added on 8/5/2004 (Holahan, Sandra). (Entered: 07/22/2004) |
| 08/03/2004 | 37 | MOTION for Leave to File a surreply or, in the alternative, OPPOSITION to defendants' motion for leave to file a reply brief in support of therir motion to compel arbitration by Paul Pinella, Jack Rogers. (Holahan, Sandra) (Entered: 08/10/2004) |
| 08/30/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 35 Motion for Leave to File a reply brief. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/30/2004) |
| 08/30/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 37 Motion for Leave to File reply brief. MOTION TO FILE SURREPLY IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/30/2004) |
| 10/19/2004 | 38 | Letter(non-motion) from Samuel D. Heins, Esq.. |

| | | |
|---|---|---|
| | | (Holahan, Sandra) (Entered: 10/19/2004) |
| 10/19/2004 | 39 | Letter(non-motion) from Jaime A. Bianchi, Esq.. (Holahan, Sandra) (Entered: 10/19/2004) |
| 10/20/2004 | 40 | Letter(non-motion) from Alan I. Gilbert, Esq.. (Holahan, Sandra) (Entered: 10/21/2004) |
| 10/21/2004 | 41 | Judge Edward F. Harrington : ORDER entered MEMORANDUM AND ORDER. The defendants filed a motion to compel arbitration in an antitrust case involving two plaintiffs who are the defendants' customers. The motion is DENIED. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 10/21/2004) |
| 10/27/2004 | | NOTICE of Hearing: Status Conference set for 12/14/2004 02:00 PM in Courtroom 13 before Edward F. Harrington. (Holahan, Sandra) (Entered: 10/27/2004) |
| 11/17/2004 | 42 | NOTICE OF APPEAL as to 41 Memorandum & ORDER, by AT&T Broadband, Comcast Corporation. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/7/2004. (Smith3, Dianne) (Entered: 11/23/2004) |
| 11/17/2004 | | Filing fee: $ 255.00, receipt number 60277 regarding Notice of Appeal-Doc. #42. (Bell, Marie) (Entered: 11/23/2004) |
| 11/23/2004 | 43 | ASSENTED TO MOTION for Leave to Appear Pro Hac Vice by Barry C. Barnett, John W. Turner and |

| | | |
|---|---|---|
| | | Ryan L. Nelson Filing fee $ 150.00, receipt number 60351,60352,60353. by Paul Pinella, Jack Rogers. (Bell, Marie) (Entered: 11/30/2004) |