UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jack Rogers and Paul Pinella, ) | |
| ) | Civil Action No.: 04-10142 EFH |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Comcast Corporation ) | |
| and AT&T Broadband, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ASSENTED TO MOTION OF JOHN PETER ZAVEZ FOR DAVID WOODWARD TO APPEAR *PRO HAC VICE* ON BEHALF OF PLAINTIFFS

NOW COMES John Peter Zavez, Esq. and, pursuant to Local Rule 83.5.3(b) of the United States District Court for the District of Massachusetts, requests that this Court allow the appearance, *pro hac vice*, of David Woodward, of Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, on behalf of Plaintiffs Jack Rogers and Paul Pinella in this action.

In support of this Motion, John Peter Zavez states that:

1. Attached as Exhibit A is a certificate executed by David Woodward indicating that:

    (a) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice (except as otherwise noted);

    (b) he has no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

    (c) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2. John Peter Zavez is a member of the bar of this Court;

3. John Peter Zavez has entered an appearance in this action.

50313

WHEREFORE, John Peter Zavez requests that this Motion be ALLOWED.

Dated: ~~December~~ 3rd, ~~2004~~
       January        5

Respectfully submitted,

_____
John Peter Zavez
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA 02114
Tel: (617) 637-1040
Fax: (617) 742-8280

~~Dated: December ___, 2004~~

**ASSENTED TO:**

_____
Mark A. Berthiaume (BBO#041715) (NR)
Christopher F. Robertson
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel: (617) 946-4800
Fax: (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on ~~December~~ 3rd, ~~2004~~
January                5

_____
John Peter Zavez

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jack Rogers and Paul Pinella,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Comcast Corporation<br>and AT&T Broadband,<br><br>　　　　Defendants. | Civil Action No.: 04-10142 EFH |

## LOCAL RULE 83.5.3(b) CERTIFICATION

I, David Woodward, Esq., Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55042, certify as follows:

1.　I am a member in good standing of the bar of the Supreme Court of Minnesota as evidenced by the attached Certificate of Good Standing issued by the Supreme Court of the State of Minnesota.

2.　I am admitted to practice before the United States Supreme Court, the Third Circuit Court of Appeals, the Fifth Circuit Court of Appeals, the Eighth Circuit Court of Appeals, and the U.S. District Court for the District of Minnesota. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, except that (a) I am classified as "not entitled" to practice before the California Supreme Court due to nonpayment of annual California Bar dues and (b) I have voluntarily assumed inactive status before the Pennsylvania Supreme Court.

3.　There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

50314

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: December 21, 2004

*David Woodward* (signature)
David Woodward
Heins, Mills & Olson, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following attorney is in good standing.

DAVID R WOODWARD

was duly admitted to practice as an attorney and counselor at law in all the courts of this state on

*December 23, 1987*

Given under my hand and seal of this court on

*December 09, 2004*

Frederick K. Grittner
Clerk of Appellate Courts