# United States Court of Appeals
## For the First Circuit

No. 04-2655

MANDATE

JACK ROGERS and PAUL PINELLA,

Plaintiffs, Appellees,

v.

COMCAST CORPORATION and AT&T BROADBAND,

Defendants, Appellants.

### JUDGMENT

Entered: April 20, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is reversed and the case is remanded for further proceedings not inconsistent with the opinion of this date.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By. _____
Margaret Carter, Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 5/11/06

[certified copies: Honorable Edward F. Harrington and Sarah A. Thornton, Clerk]

[cc: Mr. Gilbert, Mr. Zavez, Mr. Rosmarin, Mr. Heins, Mr. Barnett, Mr. Woodward, Mr Curran, Mr. Paul, Mr. Bianchi, Ms. Mullins, Mr. Berthiaume, Mr. Robertson and Mr. Brumfield