UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA KRISTIAN and<br>JAMES D. MASTERMAN,<br><br>              Plaintiffs,<br><br>COMCAST CORPORATION, COMCAST HOLDINGS CORPORATION, COMCAST CABLE COMMUNICATIONS, INC., COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., COMCAST CABLE HOLDINGS, LLC, and COMCAST MO GROUP, INC.,<br><br>              Defendants. | CIVIL ACTION NO.: 03-12466-EFH |
| JACK ROGERS and PAUL PINELLA,<br><br>              Plaintiffs,<br>v.<br><br>COMCAST CORPORATION and AT&T BROADBAND,<br><br>              Defendants. | CIVIL ACTION NO.: 04-10142-EFH |

**<u>NOTICE OF WITHDRAWAL</u>**

To The Clerk Of Court And All Counsel Of Record:

Kindly withdraw the appearance of Mark A. Berthiaume, Esq. as counsel for the

Defendants Comcast Corporation, et. al., in the above-captioned matters.

                                                  Respectfully submitted,
                                                  COMCAST CORPORATION, ET. AL.

                                                  By their attorney,

                                                  <u>/s/ Mark A. Berthiaume           </u>
                                                  Mark A. Berthiaume (BBO# 041715)
                                                  GREENBERG TRAURIG, LLP
                                                  One International Place, 20th Floor
                                                  Boston, Massachusetts  02110
Dated: May 18, 2006                              617-310-6000

Case 1:04-cv-10142-EFH     Document 61     Filed 05/18/2006     Page 2 of 2

...

## **CERTIFICATE OF SERVICE**

    I, Mark A. Berthiaume, hereby certify that on May 18, 2006 I served a copy of the foregoing by first class mail upon counsel of record.

                                        /s/ Mark A. Berthiaume  
                                        Mark A. Berthiaume