THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACK ROGERS and PAUL PINELLA,

Plaintiffs,

v.

COMCAST CORPORATION and
AT&T BROADBAND,

Defendants.

CIVIL ACTION NO.:
04-10142-EFH

**AFFIDAVIT OF MICHAEL S. SHUSTER**

I, Michael S. Shuster, certify that:

1. I am a Partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2. I have been admitted to practice and remain in good standing in the following courts: all New York state courts and the United States District Courts for the Southern and Eastern Districts of New York.

3. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

4. I am familiar with the rules and practice before the Superior Court for the Commonwealth of Massachusetts.

_____
Michael S. Shuster
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212) 506-1800

Dated: May 17, 2006

Sworn to me and subscribed

before me this ___19th___ day

of ___May___, 2006.

_____
Notary Public

My Commission Expires:

CORINNE COLUCCIO
Notary Public, State of New York
No. 01CO6134060
Qualified in New York County
Commission Expires Sept. 26, 2009

2