THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK ROGERS and PAUL PINELLA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and<br>AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

**AFFIDAVIT OF SHERON KORPUS**

I, Sheron Korpus, certify that:

1. I am a Partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2. I have been admitted to practice and remain in good standing in the following courts: all New York state courts, the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Federal Circuit, and the United States Court of Appeals for the Second Circuit.

3. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

12363814.1.LITIGATION

4. I am familiar with the rules and practice before the Superior Court for the Commonwealth of Massachusetts.

_____
Sheron Korpus
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
Fax: (212) 506-1800

Dated: May 17, 2006

Sworn to me and subscribed before me this 17th day of May, 2006.

_____
Notary Public

My Commission Expires:

CORINNE COLUCCIO
Notary Public, State of New York
No. 01CO6134060
Qualified in New York County
Commission Expires Sept. 26, 2009

2