THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACK ROGERS and PAUL PINELLA,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION and<br>AT&T BROADBAND,<br><br>Defendants. | CIVIL ACTION NO.:<br>04-10142-EFH |

### AFFIDAVIT OF MELONIE S. JURGENS

I, Melonie S. Jurgens, certify that:

1. I am an associate in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2. I have been admitted to practice and remain in good standing in the following courts: all New York state courts and the United States District Court for the Southern District of New York.

3. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

12363817.1.LITIGATION

4. I am familiar with the rules and practice before the Superior Court for the Commonwealth of Massachusetts.

                                               _____
                                               Melonie S. Jurgens
                                               Kasowitz, Benson, Torres & Friedman LLP
                                               1633 Broadway
                                               New York, NY 10019
                                               (212) 506-1700
                                               Fax: (212) 506-1800

Dated: May 17, 2006

Sworn to me and subscribed before me this 17th day of May, 2006.

_____
Notary Public

My Commission Expires:

                       CORINNE COLUCCIO
                  Notary Public, State of New York
                         No. 01CO6134060
                     Qualified in New York County
                Commission Expires Sept. 26, 2009