THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JACK ROGERS and PAUL PINELLA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> COMCAST CORPORATION and ) <br> AT&T BROADBAND, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 04-10142-EFH |

**AFFIDAVIT OF JAMES T. CAIN**

I, James T. Cain, certify that:

1. I am an associate in the law firm of Kasowitz, Benson, Torres & Friedman LLP ("Kasowitz"), in Kasowitz's New York office, 1633 Broadway, New York, NY 10019;

2. I have been admitted to practice and remain in good standing in the following courts: all New York state courts, United States District Courts for the Southern and Eastern Districts, and the United States Court of Appeals for the Second Circuit.

3. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

12363820.1.LITIGATION

4.  I am familiar with the rules and practice before the Superior Court for the Commonwealth of Massachusetts.

                                                              _____
                                                              James T. Cain
                                                             Kasowitz, Benson, Torres & Friedman LLP
                                                            1633 Broadway
                                                            New York, NY 10019
                                                            (212) 506-1700
                                                            Fax: (212) 506-1800

Dated: May 17, 2006

Sworn to me and subscribed

before me this ___22___ day

of ___May___, 2006.

_____
Notary Public

My Commission Expires:

                              CORINNE COLUCCIO
                        Notary Public, State of New York
                               No. 01CO6134060
                         Qualified in New York County
                               Sept. 26, 2009