IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Jack Rogers and Paul Pinella, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. : 04-10142 EFH |
| Comcast Corporation and AT&T Broadband, | § § § | The Honorable Edward F. Harrington |
| Defendants. | § § | |

### ASSENTED-TO MOTION TO ADMIT JASON P. FULTON PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), plaintiffs Jack Rogers and Paul Pinella ("Plaintiffs"), hereby move this Court to admit Jason P. Fulton of the law firm of Susman Godfrey L.L.P. *pro hac vice* for the purpose of representing the Plaintiffs in the above-entitled lawsuit, along with Adkins, Kelston & Zavez, P.C. As grounds for this Motion, Plaintiffs state as follows:

1. As set forth in the attached Certification, Jason P. Fulton is an associate in the law firm of Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202-3775. Mr. Fulton is licensed to practice law in the State of Texas, and is a member in good standing to practice therein. Mr. Fulton has never been subject to any discipline by any court or administrative body.

2. Mr. Fulton is familiar with the Local Rules of the Untied States District Court for the District of Massachusetts, and will coordinate all his activities in this case with the undersigned attorneys of Adkins, Kelston & Zavez, P.C.

3. Finally, defendants' counsel has stated to undersigned counsel that defendants assent to plaintiffs' motion.

691299-1/008783

WHEREFORE, Plaintiffs respectfully requests that an Order be entered permitting Jason P. Fulton to be admitted *pro hac vice* for the purpose of representing Plaintiffs in this lawsuit.

Respectfully submitted,

Jack Rogers and Paul Pinella

By their attorneys,

**ADKINS, KELSTON & ZAVEZ, P.C.**

/s/ Noah Rosmarin
Noah Rosmarin, BBO #630632
Adkins, Kelston & Zavez, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

Dated June 8, 2006

### CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(A)(2), I certify that I have conferred in good faith with counsel for the defendants regarding this motion, who have assented to this Motion.

/s/ Noah Rosmarin
Noah Rosmarin

### CERTIFICATE OF SERVICE

I hereby certify that a true copy
of the above document was served upon the
attorney(s) of record for each other party
by mail on June 8, 2006.

/s/ Noah Rosmarin
Noah Rosmarin