IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Jack Rogers and Paul Pinella, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 04-10142-EFH |
| Comcast Corporation and AT&T Broadband, | § § § | The Honorable Edward F. Harrington |
| Defendants. | § § | |

**<u>CERTIFICATION OF JASON P. FULTON</u>**

I, Jason P. Fulton, hereby certify as follows:

1. I am an associate in the law firm of Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202-3775.

2. I am a member in good standing of the State of Texas Bar. I am admitted to practice before the United States District Courts for the Northern District of Texas, admitted 10/22/2004; Southern District of Texas, admitted 12/20/2004; Eastern District of Texas, admitted 11/22/2004; District of Columbia, admitted 7/27/2004; and United States Court of Appeals, 5th Circuit, admitted 1/14/2005.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby declare under the pains and penalties of perjury that the foregoing is true and accurate.

Signed this 6th day of June, 2006.

_____
Jason P. Fulton

Subscribed and sworn to before me this 6th day of June, 2006.



_____
Notary Public in and for the State of Texas