IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | |
|---|---|
| Jack Rogers and Paul Pinella, | § |
| Plaintiffs, | § |
| v. | §  Civil Action No.: 04-10142 EFH |
| Comcast Corporation and AT&T Broadband, | §  The Honorable Edward F. Harrington |
| Defendants. | § |

## ORDER

Upon consideration of the motion to admit Jason P. Fulton of the law firm Susman Godfrey L.L.P., *pro hac vice* for the purpose of representing Jack Rogers and Paul Pinella, and the entire record herein, it is this _____ day of _____, 2006, by the United States District Court of Massachusetts,

ORDERED, that Jason P. Fulton is admitted *pro hac vice* pursuant to Local Rule 83.5.3(b).

_____
District Court Judge Edward F. Harrington