IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(BOSTON)

| | | |
|---|---|---|
| Martha Kristian and James D. Mastermann, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 03-CV-12466-EFH |
| Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications Holdings, Inc., Comcast Cable Holdings, LLC, and Comcast MO Group, Inc., | § § § § § § § § | |
| Defendants. | § § | |
| Jack Rogers and Paul Pinella, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 04-10142-EFH |
| Comcast Corporation and AT&T Broadband, | § § § § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL

Notice is hereby given of the withdrawal of the appearances of Ryan Nelson and Jonathan Shaw as counsel for plaintiffs.  Mr. Nelson and Mr. Shaw are no longer associated with the law firm of Susman Godfrey L.L.P. and therefore will no longer be involved in the case.

Dated:  June 30, 2006.

696732v1/008458

Respectfully submitted,


 /s/Barry Barnett
Barry Barnett
State Bar No. 01778700
John W. Turner
State Bar No. 24028085
Jason P. Fulton
State Bar No. 24040936
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-3775
Telephone: 214-754-1900
Fax: 214-754-1933

Samuel D. Heins
Stacey L. Mills
David Woodward
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Tel:  612-338-4605
Fax:  612-338-4692

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington  98101
Tel:  206-623-1900
Fax:  206-623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
  & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C.  20005
Tel:  202-408-4600
Fax:  202-408-4699

Ann D. White
Carol A. Mager
MAGER WHITE & GOLDSTEIN, LLP
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, Pennsylvania 19046
Tel:  215-481-0273
Fax:  215-481-0271

Marc H. Edelson
HOFFMAN & EDELSON
45 West Court Street
Doylestown, Pennsylvania  18901
Tel:  215-230-8043
Fax:  215-230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York  10022
Tel:  212-687-1980
Fax:  212-687-7714

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1617 JFK Boulevard, Suite 650
Philadelphia, Pennsylvania 19103
Tel:  215-814-6750
Fax:  215-814-6764

John Peter Zavez
Noah Rosmarin
**ADKINS KELSTON & ZAVEZ, P.C.**
90 Canal Street
Boston, Massachusetts 02114
Tel: 617-367-1040
Fax: 617-742-8280

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record by CM/ECF on this 30th day of June, 2006, addressed as follow:

_/s/Barry Barnett_