IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jack Rogers and Paul Pinella,<br><br>    Plaintiffs,<br><br>v.<br><br>Comcast Corporation and AT&T Broadband,<br><br>    Defendants. | Civil Action No. 04-10142-EFH |

## LOCAL RULE 83.5.3(b) CERTIFICATION

I, Jessica N. Servais, Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, certify as follows:

1.    I am a member in good standing of the bar of the Supreme Court of Minnesota as evidenced by the attached Certificate of Good Standing issued by the Supreme Court of the State of Minnesota.

2.    I am admitted to practice before the U.S. District Court for the District of Minnesota. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: 7/26, 2006

                                                          Jessica N. Servais
                                                          Heins, Mills & Olson, P.L.C.
                                                          3550 IDS Center
                                                          80 South Eighth Street
                                                          Minneapolis, MN 55402
                                                          Tel: (612) 338-4605
                                                          Fax: (612) 338-4692

56866

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following attorney is in good standing.

JESSICA NOEL SERVAIS

was duly admitted to practice as an attorney and counselor at law in all the courts of this state on

June 18, 2003

Given under my hand and seal of this court on

July 17, 2006

*Fredrick K. Grittner*
Fredrick K. Grittner
Clerk of Appellate Courts

