## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARTHA KRISTIAN, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 03-12466-EFH |
| COMCAST CORPORATION et al., | ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| JACK ROGERS and PAUL PINELLA, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 04-10142-EFH |
| COMCAST CORPORATION et al., | ) ) | |
| Defendants. | ) ) | |

### JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiffs and Defendants, through their respective counsel, respectfully and jointly move

this Court for entry of the attached proposed Scheduling Order for the above captioned cases

which have been consolidated pursuant to the Court's July 31, 2006 Order.

On March 29, 2004, Plaintiffs and Defendants submitted competing proposed scheduling

orders to the Court in the form of a joint Local Rule 16.1 Statement. (*Kristian* Docket No. 21).

On March 30, 2004, the Court held a scheduling conference pursuant to Local Rule 16.1(a) in the

57120.1

*Kristian* and *Rogers* cases.   No scheduling order has been entered in the cases.   Plaintiffs and Defendants have since collaborated in drafting and have reached agreement on the attached proposed Scheduling Order.

WHEREFORE, Plaintiffs and Defendants jointly request that this Court enter the attached proposed Scheduling Order.

Dated:  August 18, 2006

/s/ Noah Rosmarin
John Peter Zavez (#555721)
Noah Rosmarin (#630632)
ADKINS KELSTON & ZAVEZ, P.C.
90 Canal Street
Boston, MA  02114
Tel: (617) 367-1040
Fax:  (617) 742-8280

Samuel D. Heins
Stacey L. Mills
David Woodward
Jessica N. Servais
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Tel:  (612) 338-4605
Fax:  (612) 338-4692

Barry Barnett
John Turner
Jason Fulton
SUSMAN GODFREY LLP
901 Main Street, Suite 4100
Dallas, TX  75202
Tel:  (214) 754-1900
Fax:  (214) 754-1933

Carol A. Mager
MAGER & GOLDSTEIN, LLP
Liberty Place, 21st Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 640 -3280

Fax: (215) 640 -3281

Ann D. White
LAW OFFICES OF ANN D. WHITE, P.C.
One Pitcairn Place, Suite 2400
165 Township Line Road
Jenkintown, PA  19046
Tel: (215) 481-0274
Fax: (215) 481-0271

Marc H. Edelson (#51834)
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA  18901
Tel:  (215) 230-8043
Fax:  (215) 230-8735

Robert N. Kaplan
Gregory K. Arenson
Christine M. Fox
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY  10022
Tel:  (212) 687-1980
Fax:  (212) 687-7714

Lynn Lincoln Sarko
Mark A. Griffin
John H. Bright
Raymond J. Farrow
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384

Michael Hausfeld
Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel:  (202) 408-4600
Fax:  (202) 408-4699

57120.1                                3

Stewart Weltman
COHEN, MILSTEIN, HAUSFELD
& TOLL, P.L.L.C.
39 S. LaSalle Street, Suite 1100
Chicago, IL  60603
Tel:  (312) 357-0370
Fax:  (312) 357-0369

**Counsel for Plaintiffs**

Dated:  August 18, 2006

/s/ Sheron Korpus                     
Michael S. Shuster
Sheron Korpus
James T. Cain
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Timothy C. Blank (BBO 548670)
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
Tel: 617 728-7154
Fax: (617) 426-6567

**Counsel for Defendants**